FILED

05/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA
THE OFFICE OF THE CLERK OF THE SUPREME COURT
HELENA, MONTANA

Supreme Court No.
DA 20-0116

| | |
|---|---|
| Lincoln Properties, LLC, <br><br> Plaintiff and Appellant <br><br> -vs- <br><br> American Equity Exchange, Inc. <br><br> Defendant and Appellee. | **GRANT OF EXTENSION** |

Pursuant to authority granted under M. R. App. P. 26(1), Appellant Lincoln Properties, LLC, is given an extension of time until June 10, 2020, to prepare, file, and serve its opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 11 2020